# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# CIVIL ACTION NO. 3:19-CV-435-GCM

| | |
|---|---|
| CRYSTAL DAWN HIGH, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | ORDER |
| TRANSMERICA PREMIER LIFE ) | |
| INSURANCE COMPANY, ) | |
| ) | |
| Defendant. ) | |

**THIS MATTER COMES** before the Court on its own Motion. Due to recent scheduling order extensions and outstanding issues that must be resolved prior to trial, the Court hereby extends the trial date to January 25, 2021.

**SO ORDERED**.

Signed: July 14, 2020

Graham C. Mullen
United States District Judge